IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LUIS ALFREDO MONTES PEREZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 1:26-CV-996-RP |
| | § | |
| MIGUEL VERGARA, *in his official capacity as* | § | |
| *Field Office Director for the San Antonio Field Office,* | § | |
| *Immigration and Customs Enforcement*, et al., | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Before the Court is Petitioner Luis Alfredo Montes Perez's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), and Federal Respondents' ("Respondents") Response, (Dkt. 7). Respondents contend that Petitioner entered the United States on or about March 20, 2007 without inspection and was detained by immigration authorities for the first time on May 21, 2009, after his arrest and release from Williamson County, Texas jail for driving under the influence of alcohol. (Resp., Dkt. 7, at 4). Respondents further contend that "Petitioner was granted voluntary departure by the immigration court on June 2, 2009, and removed to Mexico by immigration officials on or about June 4, 2009." (*Id.*). Respondents assert that they do not know where or when Petitioner subsequently re-entered the United States without inspection. (*Id.*).

Petitioner alleges only that he "last entered the United States on or about 2008 and was not apprehended by U.S. Customs and Border Patrol or Immigration and Customs Enforcement." (Pet., Dkt. 1, at 2). In the interest of fully and accurately assessing the claims in this case, the Court will order Petitioner to file a brief reply.

Accordingly, **IT IS ORDERED** that, **on or before April 30, 2026**, Petitioner file a brief supplemental reply providing any information Petitioner's counsel can obtain as to when Petitioner

1

re-entered the country after his voluntary departure in 2009, as well as any additional arguments Petitioner wishes to raise.

**SIGNED** on April 28, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE